```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
```

UNITED STATES FIDELITY & GUARANTY CO.,

    **Plaintiff**

        v.

TEN GENERAL CONTRACTORS, S.E., <u>et al.</u>,

    **Defendant(s)**

**CIVIL NO.** 04-2390(JAG)

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. Upon review of the record the Court adopts the Report and Recommendation. Judgment shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of August, 2005.

                                          <u>S/Jay A. Garcia-Gregory</u>
                                          JAY A. GARCIA-GREGORY
                                          United States District Judge